# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2588
_____

DARRELL FLANDERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

February 1, 2024

PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Crystal McBee Frusciante of Frusciante Law Firm, Sunrise, for Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.